McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| JAMES "BRYAN" LAKE and TERRY HALL, | CASE NO.  C 09-00797 SBA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT FIRST NATIONAL INSURANCE COMPANY OF AMERICA'S EX PARTE MOTION** |
| v. | |
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA and DOES ONE through FIFTY inclusive, | |
| Defendants. | |

(Note: "PROPOSED" is struck through in the title.)

40207

1

**[PROPOSED] ORDER GRANTING DEFENDANT FIRST NATIONAL'S EX PARTE MOTION**

Defendant First National Insurance Company of America's ("First National") ex parte motion re hearing date for defendant's summary judgment motion was heard without oral argument. The Court having considered all papers submitted in connection with the motion, and good cause appearing therefore, it is hereby ordered as follows:

First National's motion for summary judgment shall be heard on **November 16, 2010, at 1 p.m.** in courtroom one of the above-captioned Court. Plaintiffs' opposition brief shall be due by **October 19, 2010**. Defendant's reply brief shall be due by **November 2, 2010**.

**IT IS SO ORDERED.**

DATED: 10/5/10

*Saundra B. Armstrong*

**HONORABLE SAUNDRA B. ARMSTRONG**