UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES "BRYAN" LAKE and TERRY HALL,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No: C 09-00797 SBA<br><br>**JUDGMENT** |

　　In accordance with the Court's Order regarding Defendant's Motion for Summary Judgment,

　　IT IS HEREBY ORDERED THAT judgment is entered in favor of Defendant. The Clerk shall close the file and terminate any pending matters.

　　IT IS SO ORDERED.

Dated: November 16, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge